JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA BRAMBILA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK N.A.; CITI GROUP INC. and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-08089-JLS-AGR<br><br>**ORDER GRANTING STIPULATION TO PROCEED BY ARBITRATION AND STAY THIS ACTION (Doc. 14)** |

Plaintiff Lydia Brambila ("Plaintiff") and Defendant Citibank, N.A. (improperly sued herein as Citi Group Inc., "Citibank") (together, the "Parties"), by their counsel, submitted a stipulation requesting that this matter proceed by arbitration per the terms of the Client Manual Consumer Accounts which govern the accounts at issue in this case and stay this litigation pending the outcome of the arbitration pursuant to 9 U.S.C. § 3. Pursuant to the stipulation between the Parties, this Court hereby orders as follows:

1. All the claims that Plaintiff has asserted against Citibank in the Complaint and any additional causes of action or claims asserted by Plaintiff shall be determined by an arbitrator pursuant to the terms of the arbitration provision in the Client Manual Accounts Consumer Accounts that govern the accounts at issue in this case.

2. The arbitration of this case shall proceed by a single, neutral arbitrator who is a retired or former judge at AAA and the Parties agree to follow AAA rules and procedures for this arbitration.

3. The Arbitrator chosen by the Parties shall decide all pre-hearing motions brought by any of the Parties as well as all questions of law and fact in this matter.

4. This action is stayed pending further order of this Court.

**IT IS SO ORDERED.**

Date: January 12, 2023

_____
Hon. Josephine L. Staton
United States District Court Judge